**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ALLEN H. SINSHEIMER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 04-1768 (RCL)** |
| | ) | |
| **U.S. DEPARTMENT OF** | ) | |
| **HOMELAND SECURITY, et. al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of Defendants' Motion [45] for Summary Judgment, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby,

ORDERED that Defendants' Motion [45] for Summary Judgment is GRANTED, and this case is hereby dismissed.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, June 16, 2006.